**FILED**

May 01, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Jennifer Clark_____
DEPUTY

UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS - WACO

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Thomas Michael Cornford**

Case Number: **6:19-CR-00152(2)-ADA(2)**

Name of Sentencing Judicial Officer: **United States District Judge Alan D Albright**

Date of Original Sentence: **September 17, 2020**

Original Offense: **Possession of Visual Depictions of Sexual Activities by Minors; Aiding and Abetting - 18 U.S.C. § 2252A(a)(5)(B); 18 U.S.C. § 2**

Original Sentence: **72 months custody, 10 years supervised release, $100.00 special assessment (paid in full); $88,415.00 restitution ($175.00 paid); and comply with mandatory, standard, and if applicable, the special conditions of supervised release.**

Type of Supervision: **Supervised release**

Date Supervision to Commence: **May 28, 2024**

### PREVIOUS COURT ACTION

**None**

### PETITIONING THE COURT

[X] To modify the conditions of supervision as follows:

The defendant shall reside in a residential re-entry center for a term of up to 180 days. The defendant shall follow the rules and regulations of the center.

## CAUSE

Cornford is due to be released from the custody of the Bureau of Prisons on May 28, 2024, and has not secured adequate housing. The Public Law placement will protect the community by having Cornford living at a suitable facility which will help him reintegrate back into society versus releasing to homeless with no resources.

**Respectfully submitted,**

_____  _____
**DARREN PORTER**                **JAMES F. BEAVER**
**Supervising U.S. Probation Officer**  **U. S. Probation Officer**
**Date: April 30, 2024**         **Date: April 30, 2024**

---

### THE COURT ORDERS:

___    No Action

✓    The modification of conditions as noted above.

_____
**Alan D Albright**
**U.S. District Judge**

_____05/01/2024_____
**Date**

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## Western District of Texas

### Waiver of Hearing to Modify Conditions of Supervision

I <u>Thomas Michael Cornford</u> have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervision:

*The defendant shall reside in a residential re-entry center for a term of up to 180 days. The defendant shall follow the rules and regulations of the center.*

SIGNED this  30th  day of  April 2024 

_____          _____
United States Probation Officer                          Probationer
James F. Beaver                                                 Thomas Michael Cornford

(name) GAITHER-MILLER, (title) CASE MANAGER    05/1/2024
Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 U.S.C. § 4004).